IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| RUFUS WATKINS, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) CV 307-062 |
| JAMES DONALD, Commissioner of the Georgia Department of Corrections; DON JARRIEL, Dodge State Prison Warden; and V. BROWN STONE, Dodge State Prison Mail Room Clerk, | ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this action is **DISMISSED** without prejudice as a sanction for abuse of the judicial process.

SO ORDERED this 21st day of April, 2008, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE